UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLY NEALIS** ) | Case Number: 09-3139 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | |
| **NCO FINANCIAL SYSTEMS, INC.** ) | |
| ) | JURY TRIAL DEMANDED |
| **Defendant** ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, KIMBERLY NEALIS, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
      Bruce K. Warren, Esquire
      Attorney for Plaintiff
      Attorney I.D. #89677
      Warren & Vullings, LLP
      1603 Rhawn Street
      Philadelphia, PA  19111
      215-745-9800